William J. Edelman (SBN: 285177)
**MILBERG COLEMAN BRYSON PHILLIP GROSSMAN PLLC**
227 W. Monroe Stree, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
wedelman@milberg.com

Jean S. Martin *(pro hac vice forthcoming)*
jeanmartin@forthepeople.com
Francesca K. Burne *(pro hac vice forthcoming)*
fburne@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Tel: (813) 424-5618
Facsimile: (813) 223-5402

*Counsel for Plaintiff and Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.K. and E.K., minors, by and through their guardian RICHARD KESTER, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, and DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company<br><br>Defendants. | Case No.: 2:25-cv-08410<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES PURSUANT TO L.R. 83-1.3.1** |

Pursuant to Local Rule 83-1.3.1, Plaintiffs, S.K. and E.K. minors, by and through their guardian RICHARD KESTER, ("Plaintiffs") hereby provides notice of

1
**NOTICE OF RELATED CASES**

the following related cases currently pending in the United States District Court for the Central District of California:

1. *United States of America v. Disney Worldwide Services Inc, et al*, Case No. 2:25-cv-08223-FLA-PD C.D. Cal., Judge, Fernando L. Aenlle-Rocha presiding), filed September 2, 2025.

Local Rule 83-1.3-1 requires parties to provide notice of related cases "whenever two or mor civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially similar questions of law and fact; or (c) for other reasons that would entail substantial duplication of labor if heard by different judges." C.D. Cal. L.R. 83-1.3.1.

The above-captioned case and the matters listed herein are class actions premised on allegations regarding a privacy security incident. Defendants Disney Worldwide Services Inc., and Disney Entertainment Operations LLC experienced, resulting in the unwanted and unauthorized exposure of Plaintiff's and putative class members' personal information. Accordingly, the allegations set forth in all the actions listed virtually mirror the allegations set forth in the above-captioned case, and the matters include substantial overlap in both questions of law and fact.

Accordingly, the above-referenced actions should be deemed related and proceed before the same Court of this District.

Dated: September 5, 2025,   Respectfully submitted,

*/s/ William J. Edelman*
William J. Edelman (SBN 285177)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
wedelman@milberg.com

*Attorney for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 5, 2025, I electronically filed the foregoing NOTICE OF RELATED CASES with the United States District Court for the Central District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date:  September 5, 2025

/s/ William J. Edelman
William J. Edelman (SBN 285177)
*Attorney for Plaintiff and the Proposed Class*