Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave. Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*

Jean S. Martin *(admitted pro hac vice)*
**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 223-5402
*jeanmartin@forthepeople.com*

William J. Edelman (SBN 285177)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
(771) 474-1121
*wedelman@milberg.com*

*Proposed Interim Co-Lead Counsel*

[*Additional counsel listed in signature block*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.K. and E.K., minors, by and through their guardian, RICHARD KESTER, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation; DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-08410-GW-RAO<br><br>Complaint Filed: September 5, 2025<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL**<br><br>Date: December 11, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Judge: Hon. George H. Wu |

| | |
|---|---|
| JANE DOE, minor, by and through their guardian, VERONIKA PIKEEVA, individually and on behalf of all other similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation; DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>　　　　Defendants. | Case No.: 2:25-cv-08518-ODW-KS<br><br>Complaint Filed: September 8, 2025<br><br>Hon. Otis D. Wright, II |
| HEATHER GRABOW, on behalf of her minor child, M.G., and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, and DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>　　　　Defendants. | Case No.: 2:25-cv-08674-GW-RAO<br><br>Complaint Filed: September 12, 2025<br><br>Hon. George H. Wu |
| ASHLEY POPA, on behalf of her minor children, J.D. and J.D. , and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISNEY WORLDWIDE SERVICES, INC.; DISNEY ENTERTAINMENT OPERATIONS LLC; and THE WALT DISNEY COMPANY,<br><br>　　　　Defendants. | Case No. 2:25-cv-09390-SB-AS<br><br>Complaint Filed: October 2, 2025<br><br>Hon. Stanley Blumenfeld, Jr. |

NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES & APPOINT INTERIM CLASS COUNSEL

| | |
|---|---|
| A.L., minor, by and through guardian Jessica Savich, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a Florida corporation, and DISNEY ENTERTAINMENT OPERATIONS LLC, a Florida limited liability company, and The Walt Disney Company, a Delaware corporation,<br><br>Defendants. | Case No.: 2:25-cv-09429-WLH-BFM<br><br>Complaint Filed: October 2, 2025<br><br>Hon. Wesley L. Hsu |
| C.R., C.R., and C.R., minors, by and through their guardian ad litem, KIMBERLY SOBALVARRO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No. 2:25-cv-09928<br><br>Complaint Removed: October 16, 2025 |

NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES & APPOINT INTERIM CLASS COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, at 8:30 a.m. on December 11, 2025, or as soon thereafter as the motion may be heard before the Honorable George H. Wu in Courtroom 9D of the United States District Court for the Central District of California located at the First Street U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012, Plaintiffs, S.K., E.K., Jane Doe, M.G., J.D., J.D., A.L., C.R., C.R., and C.R. (collectively "Plaintiffs") in the above-captioned matters, *S.K. et al. v. Disney Worldwide Services, Inc. et al.,* No. 2:25-cv-08410, *Doe et al. v. Disney Worldwide Services, Inc. et al.,* No. 2:25-cv-08518, *M.G. v. Disney Worldwide Services, Inc. et al.,* No. 2:25-cv-08674, *Popa v. Disney Worldwide Services, Inc., et al.*, Case No. 2:25-cv-09390, *A.L. et al. v. Disney Worldwide Services, Inc., et al.,* Case No. 2:25-cv-09429, and *C.R. et al. v. Disney Worldwide Services, Inc. et al.*, No. 2:25-cv-09928 (the "Related Cases"), will and hereby do move the Court for an Order:

1. Consolidating, pursuant to Federal Rule of Civil Procedure ("Rule") 42(a), the Related Cases and any other related cases presently before this Court and filed in this District, and any future related actions arising from the same Children's Online Privacy Protection Act ("COPPA") violations which may be filed in, removed to, or transferred to this Court, under the lowest-numbered case, No. 2:25-cv-08410, with the caption *In re Disney Worldwide Services COPPA Litigation*;

2. Appointing William J. Edelman of Milberg Coleman Bryson Phillips Grossman, PLLC, Jean S. Martin of Morgan and Morgan Complex Litigation Group, and Tina Wolfson of Ahdoot & Wolfson, PC as Interim Co-Lead Class Counsel for Plaintiffs ("Proposed Co-Lead Counsel") pursuant to Rule 23(g); and

3. Appointing Blake Yagman of Spiro Harrison & Nelson as Chair, M. Anderson Berry of Emery Reddy PLLC, Sonjay Singh of Siri Glimstad, Connor Hayes of Lynch Carpenter LLP, Kas Gallucci of Law Offices Of Ronald A. Marron, and William Darryl Harris of Harris Legal Advisors LLC to the Plaintiffs' Steering Committee ("Proposed PSC").

4. This matter arises from Disney's intrusive and unlawful business practices targeting millions of children under the age of 13 in the United States and collecting their personal information without providing notice to parents or obtaining verifiable parental consent in clear violation of both legal standards and widely accepted social norms. Plaintiffs each filed Class Action Complaints against Defendants related to the COPPA violations and seeking similar relief on behalf of overlapping putative classes, and the above-captioned Plaintiffs' Counsel have since self-organized and seek appointment of Interim Class Counsel.

As discussed in the accompanying memorandum, consolidation and appointment of Interim Class Counsel as requested herein is appropriate under the circumstances, will result in judicial efficiency, and will serve the best interests of Plaintiffs and the putative class members in light of the substantial and collective experience of Mr. Edelman, Ms. Martin, and Ms. Wolfson with privacy litigation and class actions generally.

Pursuant to Local Rule 7-3, on September 24, 2025 via videoconference and in subsequent email correspondence, Proposed Co-Lead Counsel met and conferred regarding the contents of this Motion with counsel for Defendants, who indicated that Defendants do not oppose consolidation and take no position on Plaintiffs' leadership. Joint Declaration of Tina Wolfson, Jean S. Martin, and William J. Edelman ("Joint Declaration") at ¶ 25.

Plaintiffs' Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Joint Declaration; the respective firm resumes; and any other matter the Court may wish to consider prior to its ruling on the Motion.

Respectfully submitted,

Dated: October 17, 2025

By: */s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave. Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*

Jean S. Martin *(admitted pro hac vice)*
**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 223-5402
*jeanmartin@forthepeople.com*

William J. Edelman (SBN 285177)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL
(858) 209-6941
*wedelman@milberg.com*

*Proposed Interim Co-Lead Counsel*