**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (State Bar No. 350444)
rdurrant@kelleydrye.com
350 South Grand Ave., Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4930

*Attorneys for Defendants Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
William J. Edelman (State Bar No. 285177)
wedelman@milberg.com
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (771) 474-1121

*Attorneys for Plaintiffs S.K. and E.K., and Richard Kester*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.K. and E.K., minors, by and through their guardian RICHARD KESTER, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, DISNEY ENTERTAINMENT OPERATIONS, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:25-CV-08410-GW-RAO<br><br>(Assigned to Judge George H. Wu)<br><br>**SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[Declaration of Rebecca B. Durrant and Proposed Order filed concurrently]<br><br>Action Filed:         9/5/2025<br>Current Response Date:  11/13/2025<br>New Response Date:    1/12/2026 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, subject to Court approval, that the time for Defendants Disney Worldwide Services, Inc. and Disney Entertainment Operations, LLC to answer, move, or otherwise respond to the initial Complaint be extended 60 days from November 13, 2025, up to and including January 12, 2026. Good cause exists for this extension because the instant action is the subject of a Motion to Consolidate pending before this Court, set for hearing on December 11, 2025. Granting the extension promotes judicial economy and ensures that the parties' and Court's efforts are focused on the operative complaint that will ultimately govern these proceedings. The reasons supporting this Stipulation are set forth further in the Declaration of Rebecca B. Durrant.

This is the second request made by the parties to extend the time to respond to the initial Complaint. The previous 30-day extension was from October 14, 2025 to November 13, 2025. No other deadlines have been set in this case.

**IT IS SO STIPULATED.**

DATED: November 3, 2025

KELLEY DRYE & WARREN LLP
Rebecca Durrant (State Bar No. 350444)

By: /s/ *Rebecca Durrant*
Rebecca Durrant

Attorneys for Defendants Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC

DATED: November 3, 2025

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
William Edelman (State Bar No. 285177)

By: /s/ *William Edelman*

William Edelman

Attorneys for Plaintiffs S.K. and E.K., and Richard Kester

### Signature Attestation

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

*/s/ Rebecca B. Durrant*
Rebecca B. Durrant