**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 910
Los Angeles, CA 90025
Telephone: (310) 614-7260
Facsimile: (310) 614-7260
Email: *jfarar@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
Walter B. Howe (SBN 244680)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*
*colivares@kaplanfox.com*
*whowe@kaplanfox.com*

*Attorneys for the Bui Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

S.K. and E.K., minors, by and through their guardian, RICHARD KESTER, individually and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

DISNEY WORLDWIDE SERVICES, INC., a corporation; DISNEY ENTERTAINMENT OPERATIONS, LLC, a limited liability company,

Defendants.

Case No.: 2:25-cv-08410-GW-RAO

**CLASS ACTION**

**RESPONSE TO MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**

Date: December 11, 2025
Time: 8:30 a.m.
Courtroom: 9D
Judge: Hon. George H. Wu

| | |
|---|---|
| JANE DOE, minor, by and through their guardian, VERONIKA PIKEEVA, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation; DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-08518-GW-RAO<br><br><u>CLASS ACTION</u><br><br>Hon. George H. Wu |
| HEATHER GRABOW, on behalf of her minor child, M.G., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, and DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-08674-GW-RAO<br><br><u>CLASS ACTION</u><br><br>Hon. George H. Wu |

| | |
|---|---|
| ASHLEY POPA, on behalf of her minor children, J.D. and J.D., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC.; DISNEY ENTERTAINMENT OPERATIONS LLC; and THE WALT DISNEY COMPANY,<br><br>Defendants. | Case No. 2:25-cv-09390-GW-RAO<br><br><u>CLASS ACTION</u><br><br>Hon. George H. Wu |
| A.L., minor, by and through guardian Jessica Savich, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a Florida corporation, and DISNEY ENTERTAINMENT OPERATIONS LLC, a Florida limited liability company, and The Walt Disney Company, a Delaware corporation,<br><br>Defendants. | Case No.: 2:25-cv-09429-GW-RAO<br><br><u>CLASS ACTION</u><br><br>Hon. George H. Wu |

| | |
|---|---|
| C.R., C.R., and C.R., minors, by and through their guardian ad litem, KIMBERLY SOBALVARRO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No. 2:25-cv-09928-GW-RAO<br><br>CLASS ACTION<br><br>Hon. George H. Wu |
| HANNAH BUI, JANICE LEBLANC, and TERESA CONTRERAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY ENTERTAINMENT OPERATIONS LLC, DISNEY WORLDWIDE SERVICES, INC., GOOGLE LLC, and YOUTUBE LLC,<br><br>Defendants. | Case No. 2:25-cv-09920-GW-RAO<br><br>CLASS ACTION<br><br>Hon. George H. Wu |

## I. INTRODUCTION

Plaintiffs Hannah Bui, Janice LeBlanc, and Teresa Contreas (collectively, the "*Bui* Plaintiffs"), respectfully submit their response to Plaintiffs S.K., E.K., Jane Doe, M.G., J.D., J.D., A.L., C.R., C.R., and C.R.'s (collectively "Related Case Plaintiffs") Motion To Consolidate Cases and Appoint Interim Class Counsel. ECF No. 28. As noted in their own Motion to Appoint Interim Co-Lead Counsel, ECF No. 32 ("Motion"), the *Bui* Plaintiffs do not oppose consolidation and agree that consolidation will support efficiency of the litigation. Therefore, the only issue remaining is the appointment of Interim Lead Counsel for the putative class. In their Motion, the *Bui* Plaintiffs respectfully request that Matthew George and Kaplan Fox & Kilsheimer ("Kaplan Fox") be appointed as one of the Interim Co-Lead Counsel. Mr. George and Kaplan Fox welcome the opportunity to work alongside these otherwise qualified Plaintiffs' counsel as one of Interim Co-Lead Counsel or in any other capacity the Court sees fit.

## II. ARGUMENT

### A. The Court Should Appoint Kaplan Fox as Interim Co-Lead Counsel

"When one applicant seeks appointment as class counsel, the court may appoint that applicant only if the applicant is adequate under Rule 23(g)(1) and (4). If more than one adequate applicant seeks appointment, the court must appoint the applicant best able to represent the interests of the class." *In re Trader Joe's Tuna Litig.*, No. 2:16-CV-01371-ODW(AJWX), 2016 WL 7407329, at *3 (C.D. Cal. Dec. 21, 2016) (quoting Fed. R. Civ. P. 23(g)(2)). As set forth more fully in their Motion, and accompanying Declaration of Matthew B. George in Support of Motion to Appoint Interim Co-Lead Counsel ("George Decl."), Mr. George and Kaplan Fox meet all of the requirements under Rule 23(g). *See* ECF No. 32. They are committed to devoting significant resources to the successful prosecution of these cases and they have served in leadership capacities in numerous prior and current cases. George

Decl. ¶¶ 4-9. Their track record shows their collective abilities to work cooperatively with, and gain the respect of, both opposing counsel and other plaintiffs' counsel. *Id.*

Appointing Mr. George and Kaplan Fox as one of the Interim Co-Lead Counsel is in the best interests of the putative classes. Mr. George and Kaplan Fox have already demonstrated significant added value to this litigation and will continue to advance new ideas and theories of liability that benefit the putative classes. For instance, the *Bui* Plaintiffs are the first and only complaint on file that also named YouTube and Google as Defendants in this case. Taking the time to investigate and name additional target Defendants (other than those that already publicly settled with the DOJ) has already created additional paths to recovery that could hold all wrongdoers accountable and increase the value of all Plaintiffs' claims. Kaplan Fox's careful, considered approach to litigation already demonstrates the depth of expertise they bring to the case and the putative classes. Additionally, Mr. George and Kaplan Fox have a demonstrated track record of dedicating their practice to advancing privacy rights for children and other underrepresented groups. George Decl. at ¶¶ 8, 10. That experience that will allow them to skillfully and efficiently navigate the issues in this case involving a class of children whose privacy rights have been violated by some of the world's largest media companies.

## III. CONCLUSION

For the reasons stated above, the *Bui* Plaintiffs respectfully request that the Court consolidate the pending cases and appoint Mr. George of Kaplan Fox as one of the Interim Co-Lead Counsel. Alternatively, they are also willing to serve in any leadership capacity that the Court prefers.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: November 20, 2025

By: /s/ *Matthew B. George*
Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
Walter B. Howe (SBN 244680)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*
*colivares@kaplanfox.com*
*whowe@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 910
Los Angeles, CA 90025
Telephone: (310) 614-7260
Facsimile: (310) 614-7260
Email: *jfarar@kaplanfox.com*

*Attorneys for the Bui Plaintiffs and the Proposed Class*