Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave. Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*

Jean S. Martin *(admitted pro hac vice)*
**MORGAN AND MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 223-5402
*jeanmartin@forthepeople.com*

William J. Edelman (SBN 285177)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
(771) 474-1121
*wedelman@milberg.com*

*Proposed Interim Co-Lead Counsel*

[*Additional counsel listed in signature block*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.K. and E.K., minors, by and through their guardian, RICHARD KESTER, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation; DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-08410-GW-RAO<br><br>Complaint Filed: September 5, 2025<br><br>**RESPONSE TO BUI PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>Date: December 11, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Judge: Hon. George H. Wu |

| | |
|---|---|
| JANE DOE, minor, by and through their guardian, VERONIKA PIKEEVA, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation; DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-08518-GW-RAO<br><br>Complaint Filed: September 8, 2025<br><br>Hon. George H. Wu |
| HEATHER GRABOW, on behalf of her minor child, M.G., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, and DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-08674-GW-RAO<br><br>Complaint Filed: September 12, 2025<br><br>Hon. George H. Wu |
| ASHLEY POPA, on behalf of her minor children, J.D. and J.D. , and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC.; DISNEY ENTERTAINMENT OPERATIONS LLC; and THE WALT DISNEY COMPANY,<br><br>Defendants. | Case No. 2:25-cv-09390-GW-RAO<br><br>Complaint Filed: October 2, 2025<br><br>Hon. George H. Wu |

| | |
|---|---|
| A.L., minor, by and through guardian Jessica Savich, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a Florida corporation, and DISNEY ENTERTAINMENT OPERATIONS LLC, a Florida limited liability company, and The Walt Disney Company, a Delaware corporation,<br><br>Defendants. | Case No.: 2:25-cv-09429- GW-RAO<br><br>Complaint Filed: October 2, 2025<br><br>Hon. George H. Wu |
| C.R., C.R., and C.R., minors, by and through their guardian ad litem, KIMBERLY SOBALVARRO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY WORLDWIDE SERVICES, INC., a corporation, DISNEY ENTERTAINMENT OPERATIONS LLC, a limited liability company,<br><br>Defendants. | Case No. 2:25-cv-09928-GW-RAO<br><br>Complaint Removed: October 16, 2025<br><br>Hon. George H. Wu |
| HANNAH BUI, JANICE LEBLANC, and TERESA CONTRERAS, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY ENTERTAINMENT OPERATIONS LLC, DISNEY WORLDWIDE SERVICES, INC., and YOUTUBE LLC,<br><br>Defendants. | Case No. 2:25-cv-09920-GW-RAO<br><br>Complaint Filed: October 16, 2025<br><br>Hon. George H. Wu |

Plaintiffs, S.K., E.K., Jane Doe, M.G., J.D., J.D., A.L., C.R., C.R., and C.R. (collectively "Plaintiffs") in the above-captioned matters, *S.K. et al. v. Disney Worldwide Services, Inc. et al.,* No. 2:25-cv-08410, *Doe et al. v. Disney Worldwide Services, Inc. et al.,* No. 2:25-cv-08518, *M.G. v. Disney Worldwide Services, Inc. et al.,* No. 2:25-cv-08674, *Popa v. Disney Worldwide Services, Inc., et al.*, Case No. 2:25-cv-09390, *A.L. et al. v. Disney Worldwide Services, Inc., et al.,* Case No. 2:25-cv-09429, and *C.R. et al. v. Disney Worldwide Services, Inc. et al.*, No. 2:25-cv-09928 (the "S.K. Plaintiffs"), respond to the motion for interim lead counsel (Dkt. No. 32) filed by Plaintiffs Hannah Bui, Teresa Contreras, and Janice LeBlanc[1] (the "Bui Plaintiffs") as follows:

As outlined in their initial motion to consolidate and appoint interim class counsel (Dkt. No. 28), Proposed Interim Class Counsel for the S.K. Plaintiffs include the firms who filed the first eight related cases throughout the country and represent a geographically diverse group of minor children affected by Disney's alleged practices. Since filing, the firms have worked together efficiently to organize and advance these cases, while continuing their investigation of Defendants' conduct at issue.

Proposed Interim Class Counsel for the S.K. Plaintiffs have worked diligently to self-organize with all plaintiffs' counsel in the best interests of the proposed class, including counsel for the Bui Plaintiffs, to whom the S.K. Plaintiffs offered a position on their proposed Steering Committee ("PSC") after learning of the Bui complaint filing. Counsel for the S.K. Plaintiffs (1) have worked cooperatively and successfully with counsel for the Bui Plaintiffs in other matters, (2) believe counsel for the Bui Plaintiffs are experienced and qualified counsel to help litigate the instant class action against Disney, and (3) would welcome their inclusion as part of Plaintiffs' leadership team in this case. The S.K. Plaintiffs maintain that their proposal, with three co-lead firms (Dkt. No. 28), is the most appropriate leadership structure for this particular case.

---

[1] Plaintiffs in the most-recently filed related case, *Bui et al. v. The Walt Disney Co. et al.*, No. 25-cv-09920-GW-RAO (C.D. Cal.).

If appointed, their commitment to efficient, transparent work will continue throughout the course of this litigation.

As a result of their efforts, Proposed Interim Class Counsel for the S.K. Plaintiffs have earned extensive support. The Bui Plaintiffs present the lone competing leadership proposal, whereas the S.K. Plaintiffs' counsel have chosen to work cooperatively and obtain consensus from nearly every other related case filed nationwide, even securing agreement on consolidation from plaintiffs who filed in other jurisdictions, facilitating voluntary dismissals in those jurisdictions in favor of a consolidated complaint before this Court. These efforts also resulted in the withdrawal of a J.P.M.L. motion that would have further delayed these proceedings.

The S.K. Plaintiffs' Proposed PSC includes some of the most diverse, innovative, and successful plaintiffs' firms in the nation; each could have made a compelling case to be lead counsel but chose instead to work cooperatively to present the Court with a self-ordered group that, collectively, are the counsel best able to represent the interests of the class. *See In re Lenovo Adware Litig.*, No. 15-md-2625, 2015 WL 10890657, at *2 (N.D. Cal. July 27, 2015) ("While . . . class counsel is not a popularity contest . . . support garnered from multiple plaintiffs can demonstrate a proposed team's ability to work cooperatively . . . and to do so in the best interests of the class.") (cleaned up); *In re Syngenta AG MIR162 Corn Litig.*, No. 14-md-2591, 2015 WL 13679782, at *2 (D. Kan. Feb. 13, 2015) (appointing "a cohesive group that is committed to the team rather than individual play," which "thought this through well in advance, put together a team which certainly is not lacking in talent and has the distinct advantage of having committed itself in advance to solving this problem together").

While S.K. Plaintiffs do not oppose the inclusion of the Bui Plaintiffs' counsel on their proposed leadership team, the S.K. Plaintiffs respectfully submit that the Bui Plaintiffs' counsel be appointed as a member of the PSC, and the S.K. Plaintiffs' leadership proposal should otherwise be granted.

Respectfully submitted,

Dated: November 20, 2025

By: /s/ Tina Wolfson

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave. Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*

Jean S. Martin *(admitted pro hac vice)*
**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
*jeanmartin@forthepeople.com*

William J. Edelman (SBN 285177)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
(771) 474-1121
*wedelman@milberg.com*

*Proposed Interim Co-Lead Counsel*

Blake Hunter Yagman
(pro hac vice forthcoming)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
1330 Ave. of the Americas, Suite 23A
New York, New York 10019
Email: *byagman@sshhzlaw.com*
Phone: (929) 709-1493

Kas L. Gallucci (SBN 288709)
Alexis M. Wood (SBN 270200)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92108
Tel.: (619) 696-9006
Fax: (619) 564-6665
Kas@consumersadvocates.com
Alexis@consumersadvocates.com

M. Anderson Berry (SBN 262879)
**Emery Reddy, PLLC**

600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: 916.823.6955
Fax: 206.441.8711
*anderson@emeryreddy.com*

William Darryl Harris, II
(pro hac vice)
Ryan Wagenleitner (SBN 262408)
**Harris Legal Advisors LLC**
3136 Kingsdale Center, Suite 246
Columbus, OH 43221
Tel: (614) 504-3350
Fax: (614) 340-1940
will@harrislegaladvisors.com
ryan@harrislegaladvisors.com

Tiffine E. Malamphy (CA SBN 312239)
**LYNCH CARPENTER, LLP**
117 E. Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel: (213) 723-0707
Fax: (858) 313-1850
tiffine@lcllp.com

Connor P. Hayes (pro hac vice forthcoming)
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
connorh@lcllp.com

*Proposed Plaintiffs' Steering Committee*