William J. Edelman (SBN 285177)
**MILBERG, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (771) 474-1121
wedelman@milberg.com

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave. Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*

Jean S. Martin *(admitted pro hac vice)*
**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 223-5402
jeanmartin@forthepeople.com

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Disney Worldwide Services COPPA Litigation | CASE NO.: 2:25-cv-08410-GW-RAO<br><br>(Assigned to Judge George H. Wu)<br><br>**STIPULATION ALTERING DEADLINES AND BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT**<br><br>[Declaration of William J. Edelman and Proposed Order filed concurrently] |

Plaintiffs and Defendants (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs S.K. and E.K. filed their Complaint on September 5, 2025 (ECF No. 1);

WHEREAS, on September 30, 2025, the Parties submitted a stipulation to extend the deadline to respond to the Complaint by no more than 30 days from October 14, 2025 to November 13, 2025, which was entered without Court order per L.R. 8-3 (ECF No. 20);

WHEREAS, on October 17, 2025, Plaintiffs filed a Motion to Consolidate and Appoint Interim Class ("Motion to Consolidate") in this action (ECF No. 28);

WHEREAS, on November 3, 2025, the Parties submitted a stipulation requesting a 60-day extension for Defendants Disney Worldwide Services, Inc. and Disney Entertainment Operations, LLC to respond to the Complaint from November 13, 2025 to January 12, 2026 (ECF No. 29); on November 10, 2025, the Court denied the stipulation due to the then pending Motion to Consolidate (ECF No. 34);

WHEREAS, on December 17, 2025, the Court consolidated for all purposes, including trial, seven factually related consumer privacy class actions against Defendants pending in this Court (ECF No. 45);

WHEREAS, the Court's consolidation order set a deadline for Plaintiffs to file a Consolidated Amended Complaint by January 16, 2026, and set a deadline for Defendants' response of February 16, 2026;

WHEREAS, during the hearing on the consolidation and plaintiff leadership motions in this matter, the Parties raised with the Court the possibility of providing additional time for the Consolidated Amended Complaint and Defendants' response, and the Court stated it would consider any stipulation the Parties reached;

WHEREAS, the pre-consolidation actions each allege violations of certain state and federal laws in connection with certain videos allegedly directed to children under 13 years of age uploaded by The Walt Disney Company, Disney Entertainment

Operations LLC, and/or Disney Worldwide Services, Inc. ("Disney Defendants") to the YouTube platform allegedly operated by YouTube LLC and Google LLC ("YouTube Defendants");

WHEREAS, while every pre-consolidation action alleged claims against the Disney Defendants, only one action alleged claims against the YouTube Defendants, and Plaintiffs anticipate that significant additional investigation and analysis regarding claims against the YouTube Defendants is warranted; and

WHEREAS, given the presence of two large institutional defendants, and the complexity of the claims involving technical issues underlying the privacy claims alleged, the Parties agree that good cause exists to extend the current deadlines for Plaintiffs to file the Consolidated Amended Complaint and for Defendants to respond.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, subject to approval by the Court, as follows:

1. Plaintiffs' deadline to file a Consolidated Amended Complaint should be extended by approximately 30 days from January 16, 2026, to February 16, 2026.

2. Defendants' deadline to respond to the Consolidated Amended Complaint, including any motions to compel arbitration, should be extended to April 17, 2026.

3. Any opposition to a motion filed in response to the Consolidated Amended Complaint shall be filed within 35 days after the filing of the motion, and is therefore due May 22, 2026. And any reply thereto shall be filed within 21 days thereafter, and is therefore due June 12, 2026.

4. This is the third request made by the Parties to extend deadlines in this case related to the Complaint and responses thereto. The first 30-day extension was from October 14, 2025 to November 13, 2025. The second request, for a 60-day extension, was denied by the Court due to the then pending Motion to Consolidate. No other deadlines have been set in this case.

5.

SO STIPULATED.

DATED: December 29, 2025

**MILBERG, PLLC**
William J. Edelman (SBN 285177)

By: */s/William J. Edelman*
William J. Edelman

Tina Wolfson (SBN 174806)
**AHDOOT & WOLFSON, PC**

Jean S. Martin *(admitted pro hac vice)*
**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**

*Plaintiffs' Interim Co-Lead Counsel*

DATED: December 29, 2025

**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (SBN 350444)

By: */s/Rebecca B. Durrant*
Rebecca B. Durrant

*Attorneys for Defendants Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC*

DATED: December 29, 2025

**MAYER BROWN LLP**
Anthony J Weibell (SBN 238850)

By: */s/Anthony J. Weibell*
Anthony J. Weibell

*Attorneys for Defendants Google LLC and YouTube LLC*

STIPULATION ALTERING DEADLINES AND BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT

-4-   CASE NO. 2:25-19-cv-0846085G-WARJRM

# ATTESTATION CLAUSE

I, William J. Edelman, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 29, 2025             By:   */s/ William J. Edelman*
                                             William J. Edelman