1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Disney Worldwide Services COPPA Litigation | CASE NO.: CV 25-8410-GW-RAOx <br><br> (Assigned to Judge George H. Wu) <br><br> **ORDER ALTERING DEADLINES AND BRIEFING SCHEDULE** <br><br> [Stipulation and Declaration of William J. Edelman filed concurrently] |

Pursuant to the Stipulation filed by the parties, and for good cause shown, IT IS ORDERED that:

1. Plaintiffs' deadline to file a Consolidated Amended Complaint is February 16, 2026.

2. Defendants' deadline to respond to the Consolidated Amended Complaint, including any motions to compel arbitration, is April 3, 2026.

3. Any opposition to a motion filed in response to the Consolidated Amended Complaint shall be filed within 35 days after the filing of the motion, and is therefore due May 8, 2026. And any reply thereto shall be filed within 21 days thereafter, and is therefore due May 29, 2026. The hearing will be on June 15, 2026 at 8:30 a.m.

**4. There will be no further continuances granted.**

Dated: January 5, 2026

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE