**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
lmazzuchetti@kelleydrye.com
Whitney M. Smith (*pro hac vice* pending)
wsmith@kelleydrye.com
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (State Bar No. 350444)
rdurrant@kelleydrye.com
350 South Grand Ave., Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4930

*Attorneys for Defendants The Walt Disney Company, Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re Disney Worldwide Services COPPA Litigation

Case No. 2:25-CV-08410-GW-RAO

**DEFENDANTS THE WALT DISNEY COMPANY, DISNEY WORLDWIDE SERVICES, INC., AND DISNEY ENTERTAINMENT OPERATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Assigned to: Judge George H. Wu
Hearing Date: June 15, 2026
Time: 8:30 a.m.
Location: Courtroom 9D

TO ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on June 15, 2026 at 8:30 a.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable George H. Wu of the above-titled Court, located at 350 West First Street, 9th Floor, Los Angeles, CA 90012-4565, Defendants The Walt Disney Company, Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC (collectively, "Disney") will move the Court to dismiss the Consolidated Complaint filed by E.A. and S.A., minors, by and through their guardian, Brett Aronson; S.K. and E.K., minors, by and through their guardian, Richard Kester; A.F., a minor, by and through her guardian, Veronika Pikeeva; and C.R. and C.R., minors, by and through their guardian, Kimberly Sobalvarro pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

This Motion shall be based on the Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Proposed Order, the pleadings and records on file in this action, and such further evidence and argument that may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 27, 2026.

Dated: April 3, 2026

KELLEY DRYE & WARREN LLP
Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice* pending)
Rebecca Durrant (State Bar No. 350444)

By: /s/*Rebecca Durrant*
Rebecca Durrant

*Attorneys for Defendants The Walt Disney Company, Disney Worldwide Services, Inc., and Disney Entertainment Operations LLC*