UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-8410-GW-RAOx | Date | June 15, 2026 |
| Title | *S.K., et al. v. Disney Worldwide Services, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | ECRO / Court Smart | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Edelman<br>Tina Wolfson | Rebecca B. Durrant<br>Sarah A. Hsu<br>Sophia M. Mancall-Bitell<br>Lauri A. Mazzuchetti<br>Whitney M. Smith<br>Anthony J. Weibell |

**PROCEEDINGS:** **DEFENDANTS THE WALT DISNEY COMPANY, DISNEY WORLDWIDE SERVICES, INC., AND DISNEY ENTERTAINMENT OPERATIONS LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [60]; and DEFENDANTS GOOGLE LLC AND YOUTUBE LLC'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT [61]**

The Court's Tentative Rulings on the Defendants' Motions [60, 61], was issued on June 12, 2026 [75]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Consolidated Complaint is dismissed. That dismissal is with leave to amend except as stated in the Court's rulings.

The parties are required to meet and discuss the matter, then forthwith file a stipulation with the Court setting deadlines for amendments and responses.

: 40

Initials of Preparer JG