Anthony J Weibell (SBN 238850)
*aweibell@mayerbrown.com*
Nina He (SBN 346294)
*nhe@mayerbrown.com*
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2030

Sophia M. Mancall-Bitel (SBN 337002)
*smancall-bitel@mayerbrown.com*
Sarah A. Hsu (SBN 348402)
*shsu@mayerbrown.com*
**MAYER BROWN LLP**
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500

Edith Ramirez (SBN 165872)
*edith@eramirezlaw.com*
119 E. Union Street, Suite C
Pasadena, CA 91103
Telephone: (202) 322-2255

*Attorneys for Defendants*
*Google LLC and YouTube LLC*

[Additional Counsel Listed On Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Disney Worldwide Services COPPA Litigation | Case No.: 2:25-cv-08410-GW-RAO<br><br>**JOINT NOTICE OF RESOLUTION AND REQUEST TO STAY REGARDING DEFENDANTS GOOGLE LLC AND YOUTUBE LLC**<br><br>Action Filed: October 16, 2025<br>Trial Date: None |

All plaintiffs ("Plaintiffs") and defendants Google LLC and YouTube LLC ("Google Defendants") (together with Plaintiffs, "the Parties") hereby respectfully notify the Court that the Parties have reached a resolution of all claims against the Google Defendants in this consolidated action and that the Parties are working to memorialize the terms of the settlement in a long-form agreement. For this reason, the Parties respectfully request that the Court stay all existing deadlines as they pertain to the Google Defendants, including the Google Defendants' September 14, 2026 deadline to respond to Plaintiffs' First Amended Consolidated Complaint (ECF No. 83), pending the finalization of the Parties' agreement. This Joint Notice of Resolution and Request to Stay does not affect the claims against any other defendants in this consolidated action.

Dated: September 11, 2026

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Anthony J Weibell*
Anthony J Weibell

*Attorneys for Defendants Google LLC and YouTube LLC*

Dated: September 11, 2026

By: */s/ William J. Edelman*
William J. Edelman (SBN 285177)
wedelman@milberg.com
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
(771) 474-1121

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Ave. Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

Jean S. Martin *(admitted pro hac vice)*
N.C. Bar No. 25703
jmartin@awkolaw.com
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ PLC**
17 East Main Street, #200
Pensacola, Florida 32502
Tel: (850) 266-2893
Fax: (850) 916-7449

*Plaintiffs' Interim Co-Lead Counsel*

## ATTESTATION OF FILER

Pursuant to Civ. L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed are registered CM/ECF filers before this Court, concur in the filing's content, and have authorized the filing.

Dated: September 11, 2026

By: */s/ Anthony J Weibell*
Anthony J Weibell