**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
lmazzuchetti@kelleydrye.com
Whitney M. Smith (*pro hac vice*)
wsmith@kelleydrye.com
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

**KELLEY DRYE & WARREN LLP**
Rebecca B. Durrant (State Bar No. 350444)
rdurrant@kelleydrye.com
350 South Grand Ave., Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4930

*Attorneys for Defendants The Walt Disney Company, Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re Disney Worldwide Services COPPA Litigation

Case No. 2:25-CV-08410-GW-RAO

**DEFENDANTS THE WALT DISNEY COMPANY, DISNEY WORLDWIDE SERVICES, INC., AND DISNEY ENTERTAINMENT OPERATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)**

Assigned to: Judge George H. Wu
Hearing Date: December 3, 2026
Time: 8:30 a.m.
Location: Courtroom 9D

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 3, 2026 at 8:30 a.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable George H. Wu of the above-titled Court, located at 350 West First Street, 9th Floor, Los Angeles, CA 90012-4565, Defendants The Walt Disney Company, Disney Worldwide Services, Inc. and Disney Entertainment Operations LLC (collectively, "Disney") will move the Court to dismiss the First Amended Consolidated Complaint filed by E.A. and S.A., minors, by and through their guardian, Brett Aronson; A.F., a minor, by and through her guardian, Veronika Pikeeva; and C.R. and C.R., minors, by and through their guardian, Kimberly Sobalvarro pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This Motion shall be based on this Notice of Motion; the supporting Memorandum of Points and Authorities; the supporting Request for Judicial Notice; the pleadings, papers, filings, and record in this action; and such other evidence or argument as may be presented at or before the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 4, 2026.

Dated: September 14, 2026

KELLEY DRYE & WARREN LLP

Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
Rebecca Durrant (State Bar No. 350444)

By: /s/*Rebecca Durrant*
Rebecca Durrant

*Attorneys for Defendants The Walt Disney Company, Disney Worldwide Services, Inc., and Disney Entertainment Operations LLC*