**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re Disney Worldwide Services COPPA Litigation

Case No. 2:25-CV-08410-GW-RAO

**DECLARATION OF KAREN LIEBERMAN IN SUPPORT OF DISNEY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

[*Filed concurrently with Notice of Motion and Motion to Dismiss; Declaration of Rebecca B. Durrant; and [Proposed] Order*]

Assigned to: Judge George H. Wu
Hearing Date: December 3, 2026
Time: 8:30 a.m.
Location: Courtroom 9D

I, Karen Lieberman, declare as follows:

1. I have served as Senior Vice-President of Commerce and Digital for the Disney Music Group, a business segment of The Walt Disney Company (together with its subsidiaries, "Disney"), since May 2026. In that role, my Team and I are responsible for digital marketing and audience strategy for Disney Music Group content across various media platforms. Through my responsibilities, I am familiar with Disney Music Group's practices and processes relating to the distribution and classification of music video content on digital platforms, including YouTube. Prior to my current role, I served as Vice-President of Sales and Digital at Disney Music Group from May 2015 through April 2026.

2. If called as a witness, I could and would testify competently to the facts set forth herein. Unless otherwise stated, I have personal knowledge of these facts. I have also reviewed documents created and maintained in the ordinary course of business by Disney and rely on those documents where appropriate.

3. This Declaration is submitted in support of Disney's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

4. Disney does not own, operate, manage, or control the YouTube channel known as DisneyMusicVEVO.[1] Vevo, an independent third-party that operates a network of music video channels and services, owns, operates, manages, or controls DisneyMusicVEVO. Vevo is a joint venture in which Universal Music Group ("UMG") and Sony are the majority stakeholders.

5. Disney Music Group ("DMG"), a subsidiary of The Walt Disney Company, produces music video content and distributes that content through UMG, which serves as DMG's authorized distributor for music. UMG, in turn, makes DMG music video content available to Vevo.

---

[1] Available at https://www.youtube.com/user/DisneyMusicVEVO.

6. Vevo independently determines whether to host DMG content on its owned and operated YouTube channels, including DisneyMusicVEVO.

7. Vevo also makes audience-designation decisions, including "Made for Kids" or "Not Made for Kids" designations, for content posted on DisneyMusicVEVO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 14, 2026.

Karen Lieberman